# Privileged Settlement Communication

Subject to  Revision / Correction

| Plaintiff | Pay Period From | To | No. Weeks in Pay Period | Hours Per Week in Period | No. of SOH Days Per Wk in Period | Calc. Regular Rate of Pay | Calc. OT Rate of Pay | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Underpayment Per Week | Unpaid Wages & OT | Liq. Damages on Wages & OT | Unpaid Spread of Hours (SOH) Pay | Liq. Damages on unpaid SOH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cartos Idenis Marte Rosario | 7/1/2015 | 12/31/2015 | 26 | 54 | 0 | $ 14.00 | $ 21.00 | $ 8.75 | $ 13.13 | $ 854.00 | $ 756.00 | $ 98.00 | $ 2,548.00 | $ 2,548.00 | $ - | $ - |
| | | | | | | | | | | | | | $ 2,548.00 | $ 2,548.00 | $ - | $ - |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| Edgar Gonzalez Licona | 7/1/2015 | 12/30/2016 | 26 | 56 | 5 | $ 18.75 | $ 28.13 | $ 8.75 | $ 13.13 | $ 1,200.00 | $ 1,036.00 | $ 164.00 | $ 4,264.00 | $ 4,264.00 | $ 1,137.50 | $ 1,137.50 |
| | 12/31/2016 | 12/30/2016 | 52 | 51 | 0 | $ 18.75 | $ 28.13 | $ 9.00 | $ 13.50 | $ 1,059.38 | $ 943.50 | $ 115.88 | $ 6,025.50 | $ 6,025.50 | $ - | $ - |
| | 12/31/2016 | 10/15/2017 | 41 | 51 | 0 | $ 18.75 | $ 28.13 | $ 11.00 | $ 16.50 | $ 1,059.38 | $ 943.50 | $ 115.88 | $ 4,750.88 | $ 4,750.88 | $ - | $ - |
| | 10/16/2017 | 12/12/2017 | 8 | 45.5 | 0 | $ 18.75 | $ 28.13 | $ 11.00 | $ 16.50 | $ 904.69 | $ 841.75 | $ 62.94 | $ 503.50 | $ 503.50 | $ - | $ - |
| | | | | | | | | | | | | | $ 15,543.88 | $ 15,543.88 | $ 1,137.50 | $ 1,137.50 |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| Edgar Gonzalez Oliva | 5/1/2015 | 12/24/2015 | 34 | 56.5 | 5 | $ 21.75 | $ 32.63 | $ 8.75 | $ 13.13 | $ 1,408.31 | $ 1,228.88 | $ 179.44 | $ 6,100.88 | $ 6,100.88 | $ 1,487.50 | $ 1,487.50 |
| | 12/25/2015 | 12/30/2016 | 1 | 51.5 | 0 | $ 21.75 | $ 32.63 | $ 9.00 | $ 13.50 | $ 1,245.19 | $ 1,120.13 | $ 125.06 | $ 125.06 | $ 125.06 | $ - | $ - |
| | 12/31/2015 | 12/30/2016 | 52 | 51.5 | 0 | $ 21.75 | $ 32.63 | $ 9.00 | $ 13.50 | $ 1,245.19 | $ 1,120.13 | $ 125.06 | $ 6,503.25 | $ 6,503.25 | $ - | $ - |
| | 12/31/2016 | 6/15/2017 | 24 | 51.5 | 0 | $ 21.75 | $ 32.63 | $ 11.00 | $ 16.50 | $ 1,245.19 | $ 1,120.13 | $ 125.06 | $ 3,001.50 | $ 3,001.50 | $ - | $ - |
| | 6/16/2017 | 8/15/2017 | 9 | 51.5 | 0 | $ 22.00 | $ 33.00 | $ 11.00 | $ 16.50 | $ 1,259.50 | $ 1,133.00 | $ 126.50 | $ 1,138.50 | $ 1,138.50 | $ - | $ - |
| | 8/16/2017 | 12/12/2017 | 17 | 45.5 | 0 | $ 22.00 | $ 33.00 | $ 11.00 | $ 16.50 | $ 1,061.50 | $ 1,001.00 | $ 60.50 | $ 1,028.50 | $ 1,028.50 | $ - | $ - |
| | | | | | | | | | | | | | $ 17,897.69 | $ 17,897.69 | $ 1,487.50 | $ 1,487.50 |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| Manuel Sanchez Vielma | 7/1/2015 | 11/30/2015 | 22 | 50 | 0 | $ 19.37 | $ 29.06 | $ 7.25 | $ 10.88 | $ 1,065.35 | $ 968.50 | $ 96.85 | $ 2,130.70 | $ 2,130.70 | $ - | $ - |
| | | | | | | | | | | | | | $ 2,130.70 | $ 2,130.70 | $ - | $ - |
| | | | | | | | | | | | | | | | | |
| Jose Felipe Diego | 1/1/2016 | 12/30/2016 | 52 | 55 | 0 | $ 20.00 | $ 30.00 | $ 9.00 | $ 13.50 | $ 1,250.00 | $ 1,100.00 | $ 150.00 | $ 7,800.00 | $ 7,800.00 | $ - | $ - |
| | 1/1/2016 | 3/15/2017 | 11 | 55 | 0 | $ 20.00 | $ 30.00 | $ 11.00 | $ 16.50 | $ 1,250.00 | $ 1,100.00 | $ 150.00 | $ 1,650.00 | $ 1,650.00 | $ - | $ - |
| | 3/16/2017 | 7/15/2017 | 17 | 55 | 0 | $ 21.00 | $ 31.50 | $ 11.00 | $ 16.50 | $ 1,312.50 | $ 1,155.00 | $ 157.50 | $ 2,677.50 | $ 2,677.50 | $ - | $ - |
| | 7/16/2017 | 12/30/2017 | 24 | 50 | 0 | $ 21.00 | $ 31.50 | $ 11.00 | $ 16.50 | $ 1,155.00 | $ 1,050.00 | $ 105.00 | $ 2,520.00 | $ 2,520.00 | $ - | $ - |
| | | | | | | | | | | | | | $ 14,647.50 | $ 14,647.50 | $ - | $ - |
| | | | | | | | | | | | | TOTAL: | $ 52,767.76 | $ 52,767.76 | $ 2,625.00 | $ 2,625.00 |

1 This chart is based upon preliminary information and the expected testimony of Plaintiffs.
2 Plaintiffs reserve the right to correct or amend this chart.
3 This Chart was prepared without the benefit of discovery, or the benefit of Defendants' required wage and hour records under the FLSA and NYLL.

| | |
|---|---|
| Filing Date | |
| FLSA | |
| NYLL | |
| Amendment | |
| Today | |

# Privileged Settlement Communication

Subject to  Revision / Correction

| Plaintiff | Pay Period From | To | Annual Wage Notice | Weekly Wage Statement | Pre Jud. Interest (PJI) on OT & Wages | (PJI) Spread of Hours | Tools of the Trade | Total Per Period | Structural Settlement | Euro Settlement |
|---|---|---|---|---|---|---|---|---|---|---|
| Carlos Idenis Marte Rosario | 7/1/2015 | 12/31/2015 | $ 5,000.00 | $ 5,000.00 | $ 702.38 | $ - | $ - | $ 15,798.38 | | |
| | | | $ 5,000.00 | $ 5,000.00 | $ 702.38 | $ - | $ - | $ 15,798.38 | 603.16 | 3618.98 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Edgar Gonzalez Licona | 7/1/2015 | 12/30/2015 | $ 5,000.00 | $ 5,000.00 | $ 1,175.95 | $ 313.70 | $ 780.00 | $ 23,072.65 | | |
| | 12/31/2016 | 12/30/2016 | | | $ 1,253.90 | $ - | | $ 13,304.90 | | |
| | 12/31/2016 | 10/15/2017 | | | $ 605.01 | $ - | | $ 10,106.76 | | |
| | 10/16/2017 | 12/12/2017 | | | $ 42.58 | $ - | | $ 1,049.58 | | |
| | | | $ 5,000.00 | $ 5,000.00 | $ 3,077.43 | $ 313.70 | $ 780.00 | $ 47,533.89 | 1808.5 | 10851 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Edgar Gonzalez Oliva | 5/1/2015 | 12/24/2015 | $ 5,000.00 | $ 5,000.00 | $ 1,732.92 | $ 422.52 | $ 607.00 | $ 27,939.19 | | |
| | 12/25/2015 | 12/30/2015 | | | $ 31.76 | $ - | | $ 281.89 | | |
| | 12/31/2015 | 12/30/2016 | | | $ 1,353.32 | $ - | | $ 14,359.82 | | |
| | 12/31/2016 | 6/15/2017 | | | $ 427.38 | $ - | | $ 6,430.38 | | |
| | 6/16/2017 | 8/15/2017 | | | $ 130.11 | $ - | | $ 2,407.11 | | |
| | 8/16/2017 | 12/12/2017 | | | $ 94.71 | $ - | | $ 2,151.71 | | |
| | | | $ 5,000.00 | $ 5,000.00 | $ 3,770.20 | $ 422.52 | $ 607.00 | $ 53,570.09 | 2037.75 | 12226.5 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Manuel Sanchez Vielma | 7/1/2015 | 11/30/2016 | $ 5,000.00 | $ 5,000.00 | $ 595.49 | $ - | $ 320.00 | $ 15,176.89 | | |
| | | | $ 5,000.00 | $ 5,000.00 | $ 595.49 | $ - | $ 320.00 | $ 15,176.89 | 579.66 | 3477.94 |
| Jose Felipe Diego | 1/1/2016 | 3/15/2016 | $ 5,000.00 | $ 5,000.00 | $ 1,622.21 | $ - | $ 1,280.00 | $ 28,502.21 | | |
| | 12/31/2016 | 3/15/2017 | | | $ 253.65 | $ - | | $ 3,553.65 | | |
| | 3/16/2017 | 7/15/2017 | | | $ 346.58 | | | $ 5,701.58 | | |
| | 7/16/2017 | 12/30/2017 | | | $ 236.10 | $ - | | $ 5,276.10 | | |
| | | | $ 5,000.00 | $ 5,000.00 | $ 2,458.55 | $ - | $ 1,280.00 | $ 43,033.55 | 1637.6 | 9825.58 |
| | | | | | | | | | | |
| | | | $ 25,000.00 | $ 25,000.00 | $ 10,604.05 | $ 736.22 | $ 2,987.00 | $ 175,112.80 | 6666.67 | 40000 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | 1/5/2018 | | | | | | | |
| | | | 1/5/2015 | | | | | | | |
| | | | 1/5/2012 | | | | | | | |
| | | | 4/9/2011 | | | | | | | |
| | | | 10/22/2018 | | | | | | | |